No. 34. BLIND ET AL. *v.* BROCKMAN ET AL.

Argued December 2, 1929. Decided December 9, 1929. *Per Curiam:* Judgment affirmed, on the authority of *Adams* v. *Milwaukee,* 288 U. S. 572, 581, 583; *Patsone* v. *Pennsylvania,* 232 U. S. 138, 144; *Central Lumber Company* v. *South Dakota,* 226 U. S. 157, 160. *Mr. Ernest F. Oakley, Jr.,* with whom *Messrs. Edward G. Davidson* and *Lena Frank Oakley* were on the brief, for Blind et al. *Messrs. Julius T. Muench* and *Oliver Senti* were on the brief for Brockman et al.

No. 40. GREENWAY APARTMENT Co. *v.* THE CONVENTION OF THE PROTESTANT EPISCOPAL CHURCH ET AL.

Argued December 3, 1929. Decided December 9, 1929. *Per Curiam:* The appeal is dismissed for the want of a properly presented federal question, on the authority of *Jett Bros. Distilling Company* v. *City of Carrollton,* 252 U. S. 1. Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237 (c) of the Judicial Code, as amended by the act of February 13, 1925 (c. 229, 43 Stat. 936, 938), the certiorari is denied. *Mr. Isaac Lobe Strauss* for appellant. *Messrs. Charles F. Harley* and *Edward F. Bassett,* with whom *Messrs. Henry D. Harlan, Edw. Guest Gibson,* and *Burdette B. Webster* were on the brief, for appellees.